Same case below, 608 F.3d 100.

**No. 10-6510. Ricardo Antonio Sanchez-Lino, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 435, 178 L. Ed. 2d 338, 2010 U.S. LEXIS 8236.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 383 Fed. Appx. 824.

**No. 10-6511. Lee Anton Jackson, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 435, 178 L. Ed. 2d 338, 2010 U.S. LEXIS 8191.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 598 F.3d 340.

**No. 10-6525. Richard L. Henderson, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 435, 178 L. Ed. 2d 338, 2010 U.S. LEXIS 8268.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6526. Donald Hanton, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 436, 178 L. Ed. 2d 338, 2010 U.S. LEXIS 8184.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 375 Fed. Appx. 340.

**No. 10-6528. Ronnie Donnie Gant, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 436, 178 L. Ed. 2d 338, 2010 U.S. LEXIS 8182.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6531. Kenneth Ray Hayes, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 436, 178 L. Ed. 2d 338, 2010 U.S. LEXIS 8255.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 383 Fed. Appx. 309.

**No. 10-6533. Lan Dang, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 436, 178 L. Ed. 2d 338, 2010 U.S. LEXIS 8237.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 362 Fed. Appx. 335.